IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE HENRY GROUP, INC., § | |
| § | |
| Plaintiff, § | |
| § | NO. _____ |
| v. § | |
| § | |
| HIGHLAND BAKING COMPANY, § | |
| INC. § | |
| § | |
| Defendant. | |

**DEFENDANT HIGHLAND BAKING COMPANY, INC.'S NOTICE OF REMOVAL**

Defendant Highland Baking Company, Inc. ("Defendant") files this Notice of Removal under 28 U.S.C. § 1446 (a).

A.   **Introduction**

1.   Plaintiff is The Henry Group, Inc., ("Plaintiff"); Defendant is Highland Baking Company, Inc.

2.   On September 12, 2022, Plaintiff filed suit against Defendant, styled as *The Henry Group, Inc. v. Highland Baking Company*, Cause No. 91576, currently pending in the 354th Judicial District Court of Hunt County, Texas, for breach of contract, quantum meruit, unjust enrichment, promissory estoppel, suit on sworn account, fraudulent inducement, conversion, and civil theft liability.

3.   Defendant was served with a copy of the petition via certified mail on September 27, 2022.

4.   This case was removable when originally filed because Plaintiff's pleading asserted an amount in controversy exceeding the sum of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the parties. *See* 28 U.S.C. § 1446(a); 28 U.S.C. § 1332(a).

5.   The time within which Defendant is required by the laws of the United States to file this Notice of Removal has not yet expired. *See* 28 U.S.C. § 1446(b).

## B. Basis for Removal

6. Removal is proper because Plaintiff's suit exceeds the required amount in controversy, $75,000, exclusive of interests and costs, and there is complete diversity of citizenship between the parties. *See* 28 U.S.C. § 1446(a); 28 U.S.C. § 1332(a).

7. Plaintiff alleges that it has suffered damages in excess of $1,355,445.40, and that Defendant is an Illinois corporation with its principal place of business in Northbrook, Illinois. Defendant is a citizen of Illinois. *See Hertz Corp. v. Friend,* 559 U.S. 77, 93, 130 S. Ct. 1181, 1192 (2010). Defendant is not incorporated in Texas. Defendant is not a citizen of Texas. *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 94, 126 S. Ct. 606, 616 (2005).

8. Plaintiff is a citizen of Texas for the purposes of diversity of citizenship as alleged in Plaintiff's Original Petition.

9. Pursuant to Local Rule 81 of the United States District Court for the Northern District of Texas, this Notice of Removal (with a copy of each of the following attached to both the original and the judge's copy) is accompanied by the following:

Exhibit 1   A completed civil cover sheet;

Exhibit 2   A supplemental civil cover sheet;

Exhibit 3   An index of all documents that clearly identifies each document and indicates the date the document was filed in state court;

Exhibit 4   A copy of the docket sheet in the state court action;

Exhibit 5   Each document filed in the state court action, except discovery material (if filed on paper, each document must be individually tabbed and arranged in chronological order according to the state court file date; if filed by electronic means, each document must be filed as a separate attachment); and

Exhibit 6   A separately signed certificate of interested persons that complies with LR 3.1(c) or 3.2(e).

Exhibit 7   Notice to State Court of Filing Notice of Removal

10. Venue is proper in this district under 28 U.S.C. § 1441 because the state court where the action has been pending is located in this district.

11. Defendant will properly file a copy of this notice of removal with the clerk of the state court where the action has been pending. *See* Exhibit 7.

### C.    Jury Demand

12. Plaintiff did not demand a jury in the state court action.

### D.    Conclusion

13. For these reasons, Defendant asks the court to remove the action to the Northern District of Texas, Dallas Division.

Respectfully submitted,

*/s/ William D. Dunn*
William D. Dunn
State Bar No. 24002023
ddunn@dunnsheehan.com
Blake J. Brownshadel
State Bar No. 24073969
bbrownshadel@dunnsheehan.com
5910 N. Central Expressway, Suite 1310
Dallas, Texas 75206
214-866-0156
972-764-8334

Edward D. Shapiro*
Much Shelist, P.C.
191 N. Wacker Drive, Ste. 1800
Chicago, Illinois 60606
312-521-2421
eshapiro@muchlaw.com
**pro hac vice application forthcoming*

**Counsel for Defendant Highland Baking Company, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Defendant Highland Baking Company, Inc.'s Notice of Removal* has been served upon the following:

> David G. Crooks
> dcrooks@foxrothschild.com
> Erin M. Garza
> egarza@foxrothschild.com
> Fox Rothschild LLP
> Saint Ann Court
> 2501 N. Harwood Street, Ste. 1800
> Dallas, Texas 75201
>
> *Counsel for Plaintiff*

pursuant to the Federal Rules of Civil Procedure on this 16th day of October 2022.

*/s/ William D. Dunn*
William D. Dunn
